# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br>Johnson, William P | 2. Court or Organization<br>District Court - New Mexico | 3. Date of Report<br>5/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U. S. District Judge | 5. Report Type (check appropriate type)<br>○ Nomination  Date<br>● Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U. S. District Court<br>333 Lomas Blvd., NW, #610<br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   2004 | NM State Employees Pension Fund; pension at age 64; no control |

RECEIVED
2005 MAY 31 A 11: 31
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2004 | State of New Mexico |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Chase | credit card | K |
| 2. Citibank | credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 5/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental prop. #1, Roswell, NM (appraisal 2004) | C | Rent | M | Q | sell | 5/05 | M | C | Refugio & Delores Chaves |
| 2. Brokerage Account | | | | | | | | | |
| 3. IBM common stock | A | Dividend | J | T | | | | | |
| 4. Micron Tech. Common stock | | None | J | T | | | | | |
| 5. Merrill Lynch Bank USA | A | Dividend | J | T | | | | | |
| 6. Merrill Lynch IRA | | | | | | | | | |
| 7. Merrill Lynch Bank USA | A | Dividend | J | T | | | | | |
| 8. Amazon Inc. common stock | | None | J | T | sell | 3/04 | J | | |
| 9. AT&T Wireless common stock | | None | J | T | sell | 2/04 | J | | |
| 10. Apache Corp. common stock | A | Dividend | J | T | sell | 7/04 | J | | |
| 11. Apache Corp. common stock | A | Dividend | J | T | buy | 11/04 | J | | |
| 12. Comcast Corp. common stock | | None | J | T | | | | | |
| 13. ConocoPhillips, common stock | A | Dividend | J | T | sell | 5/04 | J | | |
| 14. Cisco Systems common stock | | None | J | T | | | | | |
| 15. Abraxas Petroleum com stock | | None | J | T | buy | 1/04 | J | | |
| 16. Burlington Resources com stock | A | Dividend | J | T | buy | 5/04 | J | | |
| 17. Dell Computer com stock | | None | J | T | sell | 11/04 | J | | |
| 18. EMC corp. common stock | | None | J | T | sell | 8/04 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P | 5/19/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Exxon Mobile com stock | A | Dividend | J | T | buy | 3/04 | J | | |
| 20. First Data Corp. com stock | A | Dividend | J | T | buy | 3/04 | J | | |
| 21. Intel Corp. common stock | A | Dividend | J | T | | | | | |
| 22. General Electric com stock | A | Dividend | J | T | | | | | |
| 23. Kerr McGee Corp. com stock | A | Dividend | J | T | buy | 8/04 | J | | |
| 24. Medtronic Corp. com stock | A | Dividend | J | T | buy | 2/04 | J | | |
| 25. Microsoft Corp. com stock | A | Dividend | J | T | buy | 1/04 | J | | |
| 26. Motorola common stock | A | Dividend | J | T | sell | 9/04 | J | | |
| 27. Nokia Corp. common stock | | None | J | T | | | | | |
| 28. Oracle Corp. common stock | | None | J | T | buy | 10/04 | J | | |
| 29. Oracle Corp. common stock | | None | J | T | part. Sale | 11/04 | J | | |
| 30. Pfizer Corp. common stock | A | Dividend | J | T | buy | 10/04 | J | | |
| 31. Sun Microsystems com stock | | None | J | T | buy | 1/04 | J | | |
| 32. Walmart common stock | A | Dividend | J | T | | | | | |
| 33. Time Warner com stock | A | Dividend | J | T | | | | | |
| 34. Williams Companies com stock | A | Dividend | J | T | sell | 11/04 | J | | |
| 35. Custodial Account #1 | | | | | | | | | |
| 36. American Cent. Select Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, William P. | 5/19/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Custodial Account #2 | | | | | | | | | |
| 38. American Cent. Select Fund | A | Dividend | J | T | | | | | |
| 39. Custodial Account #3 | | | | | | | | | |
| 40. Paine Webber zero coupon bond | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 o less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value/Method Codes   Q = Appraisal    R = Cost(Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

MBNA debt listed in 2003 FDR liability section paid down below threshold reporting amount

Pioneer Bank loan and mortgage on Roswell rental property listed in 2003 FDR liability section paid in full during 2004

Remaining comments concern stocks held in Merrill Lynch IRA, Part VII:

 AOL Time Warner changed its name to Time Warner

 Dell Computer: Partial sale of shares occurred in 2003, remaining shares sold in 2004

 Exxon Mobile: Additional shares purchased in 2004

 Microsoft: Additional shares purchased in 2004

 Oracle: Shares sold in 2004 and purchased in 2004

 Pfizer: Additional shares purchased in 2004

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/23/05

NOTE: A███████████████████████████████████LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544